# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REGINALD DANIELS, Inmate #B35219, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL NO. 05-454-JPG |
| ) | |
| PEOPLE OF THE STATE OF ILLINOIS, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Petitioner initiated this action by filing a hand-written document entitled "Motion for Writ of Habeas Corpus" pursuant to 28 U.S.C. § 2254. Plaintiff's petition is not prepared on the forms required in this district. Consequently, plaintiff's instant petition shall be stricken for non-compliance with Local Rule 8.1. Should plaintiff wish to refile his complaint within the allotted time, it must be on this Court's required forms.

**IT IS HEREBY ORDERED** that plaintiff's petition is **STRICKEN** for non-compliance with Local Rule 8.1. Plaintiff is **GRANTED** leave to refile his petition on the appropriate forms in compliance with this order within **THIRTY (30) DAYS** of entry of this order. The Clerk is **DIRECTED** to provide plaintiff with a sufficient number of the appropriate forms.

**IT IS FURTHER ORDERED** that any new complaint filed by plaintiff that is not in strict compliance with this order shall be **STRICKEN**.

**IT IS FURTHER ORDERED** that upon conclusion of the thirty-day period, should plaintiff fail to refile his complaint, this case will be closed for failure to comply with an order of this Court.

Fed.R.Civ.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

    **IT IS SO ORDERED.**

    **Dated:  July 6, 2005**

        **s/ J. Phil Gilbert**
        **U. S. District Judge**