IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REGINALD DANIELS, Inmate #B35219, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL NO. 05-454-JPG |
| ) | |
| PEOPLE OF THE STATE OF ) | |
| ILLINOIS, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

This action came before the Court for preliminary consideration of Petitioner's application for writ of habeas corpus. On July 6, 2005, the Court struck the petition for noncompliance with local rules, granting Petitioner leave to file a new petition within 30 days. Following Petitioner's failure to comply with that order in the time allotted, the Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to comply with an order of this Court. Dismissal is with prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner shall take nothing from this action.

October 3, 2005                         By:     **s/ J. Phil Gilbert**
*Date*                                                  *District Judge*